**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-2166**

---

LEON STALEY, JR.,

Plaintiff - Appellant,

versus

JOHN DOE; ORANGEBURG COUNTY DETENTION CENTER;
SOUTH CAROLINA DEPARTMENT OF CORRECTIONS;
JOSEPH BIANCO,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of South Carolina, at Orangeburg. Charles E. Simons, Jr., Senior District Judge. (CA-98-156-5-6)

---

Submitted: February 10, 2000          Decided: February 14, 2000

---

Before WIDENER and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Leon Staley, Jr., Appellant Pro Se. Doyet A. Early, III, Norma Anne Turner Jett, EARLY & NESS, Bamberg, South Carolina; Charles Elford Carpenter, Jr., S. Elizabeth Brosnan, RICHARDSON, PLOWDEN, CARPENTER & ROBINSON, Columbia, South Carolina; Marian Williams Scalise, RICHARDSON, PLOWDEN, CARPENTER & ROBINSON, Myrtle Beach, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Leon Staley, Jr. appeals the district court's order denying his motion to reconsider, under Fed. R. Civ. P. 60(b), earlier orders in his 42 U.S.C.A. § 1983 (West Supp. 1999) action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Staley v. Doe, No. CA-98-156-5-6 (D.S.C. July 29, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is marked as "filed" on July 27, 1999, the district court's records show that it was entered on the docket sheet on July 29, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).